**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

DAKARI BROWN,

        Defendants.

CASE NO.: 4:26-cr-28

## **O R D E R**

The United States has filed a Motion for Revocation of the Order Setting Conditions of Release and to Stay Release of Defendant.  (Doc. 27.)  The Government requests that the Court revoke United States Magistrate Judge Christopher L. Ray's Orders of release and detain Defendant Dakari Brown until the conclusion of this case.  (Id.)  The Court will conduct "a careful review of the pleadings and the evidence developed at [Judge Ray's] detention hearing[s], . . . [and] determine [whether Judge Ray's] factual findings are supported and [whether Judge Ray's] legal conclusions are correct."  United States v. King, 849 F.2d 485, 490 (11th Cir. 1988).  After that review, the Court will determine whether a hearing is necessary to receive additional evidence or resolve any factual issues.  Id. at 490-91.

For the Court to carefully review the pleadings and evidence developed before Judge Ray, a transcript of the detention hearing must be prepared and filed.  Therefore, the Court **ORDERS** the United States to obtain an official transcript of the detention hearing held before Magistrate Judge Ray.  Within seven (7) days from receipt of the transcript, the Government shall file a supplement to its Motion with citations to the official transcript.  Within seven days of the

Government's supplemental Motion, the Defendants shall respond to the Government's Motion. The Defendants shall also cite to the detention hearing transcripts in their Responses.

The Defendants shall remain detained pending the Court's review of the Government's Motion. The Clerk of Court shall ensure the United States Marshal Service receives a copy of this Order.

**SO ORDERED**, this 6th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA