**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

DAKARI BROWN,

        Defendant.

CASE NO.: 4:26-cr-28

**O R D E R**

The Court **DENIES** the United States' Motion for Revocation of the Order Setting Conditions of Release, (doc. 27), wherein the Government requested that the Court revoke United States Magistrate Judge Christopher L. Ray's Order of release and detain Defendant Dakari Brown until the conclusion of this case. The Court has conducted "a careful review of the pleadings and the evidence developed at [Judge Ray's] detention hearing[s], . . . [and] determine[d] that [Judge Ray's] factual findings are supported and that [Judge Ray's] legal conclusions are correct." United States v. King, 849 F.2d 485, 490 (11th Cir. 1988). Having conducted a *de novo* review of the entire record, the Court fully concurs with Judge Ray's findings and conclusions. Therefore, the Court **ADOPTS** Judge Ray's Order setting conditions of Defendant's release, (doc. 25). Defendant shall be released on the conditions set forth in Judge Ray's Order. The Court **DENIES AS MOOT** Defendant's request that the Court reconsider the stay of the Order of release, (doc. 29).

The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Marshal Service and to the United States Probation Office.

**SO ORDERED**, this 8th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA